1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    AMANDA EILEEN CARTER,                    Case No. 1:25-cv-00416-CDB (SS)

12                    Plaintiff,                ORDER ON SECOND STIPULATION
                                                EXTENDING *NUNC PRO TUNC*
13          v.                                  PLAINTIFF'S TIME TO FILE A MOTION
                                                FOR SUMMARY JUDGMENT
14    COMMISSIONER OF SOCIAL
      SECURITY,                                 (Doc. 15)
15
                      Defendant.
16

17          Plaintiff Amanda Eileen Carter ("Plaintiff") initiated this action with the filing of a

18    complaint on April 10, 2025, seeking review of the final decision of the Commissioner of Social

19    Security denying disability benefits.  (Doc. 1).  On June 30, 2025, the Court granted the parties'

20    first stipulated request to extend the time for Plaintiff to file a motion for summary judgment to

21    September 2, 2025.  (Doc. 12).

22          On September 2, 2025—the deadline for filing a motion for summary judgment—Plaintiff

23    instead filed a second stipulated request for a three-day extension of the filing deadline to

24    September 5, 2025.  (Doc. 15).  Counsel for Plaintiff represents that the extension is necessary

25    because she was recently assigned to this matter and requires time to become fully familiar with

26    the record, and due to previous planned engagements throughout the month of September 2025.  *Id.*

27    at 2.

28          Requests for extensions of time in the Eastern District of California are governed by Local

1   Rule 144, which provides: "Counsel shall seek to obtain a necessary extension from the Court or

2   from other counsel or parties in an action as soon as the need for an extension becomes apparent."

3   L.R. 144(d).  That rule further provides, "Requests for Court-approved extensions brought on the

4   required filing date for the pleading or other document are looked upon with disfavor."

5          Here, given the Court granted the parties' first stipulated request for extension, counsel for

6   Plaintiff filed a notice of appearance in this matter on August 28, 2025 (Doc. 14), and counsel for

7   Plaintiff's representations that she needs more time to familiarize with the record following her

8   recent assignment to this matter, it should have become apparent before the September 2, 2025, due

9   date for filing the motion for summary judgment that a further extension was needed.  Hence, under

10  Local Rule 144, Plaintiff was required to file the request for extension of time before now.

11         The Court disfavors granting *nunc pro tunc* relief and directs Plaintiff to exercise better care

12  in anticipating any future requests for extensions of time and filing such requests well before the

13  terminal filing date that Plaintiff seeks to extend.

14         Accordingly, for the reasons set forth in Plaintiff's stipulation and for good cause shown,

15  IT IS HEREBY ORDERED:

16         1.  Plaintiff's due date for filing a motion for summary judgment is extended *nunc pro tunc*

17             from September 2, 2025, to **September 5, 2025**;

18         2.  No further extension will be granted without a timely-filed request by one or both parties

19             supported by a showing of good cause; and

20         3.  The Court's Scheduling Order (Doc. 5) shall continue to govern the filing of any

21             response and/or reply brief.

22  IT IS SO ORDERED.

23   Dated:   __**September 3, 2025**__                    _____

24                                                          UNITED STATES MAGISTRATE JUDGE

25

26

27

28

2